## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| ARCHER'S BARBEQUE, LLC and WOKCHOW DEVELOPMENT, LLC, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CASE NO. _____ |
| MERCURY PAYMENT SYSTEMS, LLC and GLOBAL PAYMENTS DIRECT, INC., | ) ) ) | |
| Defendants | ) ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants Mercury Payment Systems, LLC ("Mercury") and Global Payments Direct, Inc. ("Global"), by and through their undersigned counsel, hereby provide this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules of the U.S. District Court for the Northern District of Georgia.

**(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action,**

**including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

Mercury, which is owned by a series of parent companies.  It is a wholly-owned subsidiary of MPS Holding Corp., which is a wholly-owned subsidiary of National Processing Co., which is a wholly owned subsidiary of National Processing Co. Grp., Inc., which is a wholly-owned subsidiary of NPC Group, Inc. In turn, NPC Group, Inc. is wholly owned by Vantiv, LLC, which is wholly owned by Vantiv Holding, LLC, which is wholly owned by Vantiv, Inc., a publicly-traded corporation.

Global, which is a subsidiary of Global Payments Inc., a publicly-traded corporation.

Archer's Barbeque, LLC, with no known corporate owner.

Wockhow Development, LLC, with no known corporate owner.

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Counsel for Mercury and Global is not aware of any such persons, associations, firms, partnerships, or corporations other than those otherwise disclosed herein.

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

Attorneys for plaintiffs:

WEBB, KLASE, LEMOND, LLC:                    E. Adam Webb
                                             Matthew C. Klase
                                             G. Franklin Lemond, Jr.

GROSSMAN ROTH, P.A:                          David M. Buckner
                                             Seth Miles

Attorneys for defendants:

MCGUIREWOODS LLP:                            H. Wayne Phears
                                             J. Malcolm Cox

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP:  Joseph A. Castrodale
                                             Gregory J. Phillips
                                             David D. Pope
                                             James E. von der Heydt

Respectfully submitted this 11th day of December, 2015.

/s/ H. Wayne Phears
H. Wayne Phears
Georgia Bar No. 575250
J. Malcolm Cox
Georgia Bar No. 773303
McGuireWoods LLP
Suite 2100, Promenade
1230 Peachtree Street NE
Atlanta, GA 30309
Telephone: 404-443-5500
Telecopier: 404-443-5599
wphears@mcguirewoods.com
jmcox@mcguirewoods.com

and

JOSEPH A. CASTRODALE
(*pro hac vice* to be filed)
GREGORY J. PHILLIPS
(*pro hac vice* to be filed)
DAVID D. POPE
(*pro hac vice* to be filed)
JAMES E. VON DER HEYDT
(*pro hac vice* to be filed)
BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216.363.4500
Facsimile:  216.363.4588
jcastrodale@beneschlaw.com
gphillips@beneschlaw.com
jvonderheydt@beneschlaw.com

*Attorneys for Defendants*

- 4 -

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on the 11th of December, 2015 I electronically filed the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement*, which has been prepared using 14-point Times New Roman font, with the Clerk of Court using the CM/ECF system, and in addition provided the Certificate by electronic mail and regular U.S. Mail, postage prepaid, to:

E. Adam Webb
Matthew C. Klase
G. Franklin Lemond, Jr.
WEBB, KLASE, LEMOND, LLC
1900 The Exchange, S.E. Suite 480
Atlanta, Georgia 30339
Adam@WebbLLC.com
Matt@WebbLLC.com
Franklin@WebbLLC.com

David M. Buckner
Seth Miles
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
dbu@grossmanroth.com
sem@grossmanroth.com

/s/ H. Wayne Phears
H. Wayne Phears
Georgia Bar No. 575250
MCGUIREWOODS LLP
Suite 2100, Promenade
1230 Peachtree Street NE
Atlanta, GA 30309
Telephone: 404-443-5500
Telecopier: 404-443-5599
wphears@mcguirewoods.com